

OBSERVACIONES
REMARKS

PASAPORTE   REPÚBLICA DE CUBA

TIPO / TYPE   CÓDIGO DEL PAÍS / COUNTRY CODE
P   CUB   1864292

APELLIDOS / SURNAME
PÉREZ VELAZCO

NOMBRES / GIVEN NAMES
MANUEL ANTONIO

NACIONALIDAD / NATIONALITY
CUBANA   9402022B147

FECHA DE NACIMIENTO / DATE OF BIRTH
02/FEB/FEB/1994   30/DIC/DEC/2015

LUGAR DE NACIMIENTO / PLACE OF BIRTH
CIUDAD DE LA HAB CUB   30/DIC/DEC/2021

SEXO / SEX   LA HABANA
M

FIRMA DEL TITULAR / HOLDERS SIGNATURE

P<CUBPEREZ<VELAZCO<<MANUEL<ANTONIO<<<<<<<<<<
1864292<<3CUB9402021M2112301940202284147<<<92