EXHIBIT C

U.S. Department of Homeland Security Subject ID [redacted]

# Record of Deportable/Inadmissible Alien

| Field | Value |
|---|---|
| Family Name (CAPS) / First / Middle | PEREZ-VELAZCO, MANUEL ANTONIO |
| Sex / Hair / Eyes / Cmplxn | [redacted] |
| Country of Citizenship | CUBA |
| Passport Number and Country of Issue | |
| File Number | CASE No: [redacted] A201 96[redacted] |
| Height / Weight | [redacted] |
| Occupation | LABORER |
| U.S. Address | NONE PROVIDED |
| Scars and Marks | NONE INDICATED |
| Date, Place, Time, and Manner of Last Entry | 04/01/2019, 1320, 1 mile(s) W of PDN, AFOOT |
| Passenger Boarded at | |
| F.B.I. Number | [redacted] |
| Single / Divorced / Widower / Married / Separated | [redacted] |
| Number, Street, City, Province (State) and Country of Permanent Residence | [redacted] CUBA |
| Method of Location/Apprehension | PB |
| Date of Birth | [redacted] |
| Age | [redacted] |
| Date of Action | 04/07/2019 |
| Location Code | [redacted] |
| At/Near | EL PASO, TX |
| Date/Hour | 04/01/2019 1327 |
| City, Province (State) and Country of Birth | [redacted] CUBA |
| AR | ☒ |
| Form: (Type and No.) Lifted ☐ Not Lifted ☐ | |
| By | [redacted] |
| NIV Issuing Post and NIV Number | |
| Social Security Account Name | |
| Status at Entry | PWA Mexico |
| Status When Found | TRAVEL/SEEKIN G |
| Date Visa Issued | |
| Social Security Number | |
| Length of Time Illegally in U.S. | AT ENTRY |
| Immigration Record | NEGATIVE |
| Criminal Record | None Known |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | |
| Number and Nationality of Minor Children | NONE |
| Father's Name, Nationality, and Address, if Known | See Narrative |
| Mother's Present and Maiden Names, Nationality, and Address, if Known | See Narrative |
| Monies Due/Property in U.S. Not in Immediate Possession | None Claimed |
| Fingerprinted? | ☒ Yes ☐ No |
| Systems Checks | See Narrative |
| Charge Code Words(s) | [redacted] |
| Name and Address of (Last)(Current) U.S. Employer | |
| Type of Employment | |
| Salary | Hr |
| Employed from/to | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FINS #: [redacted]

I77 # [redacted]

[redacted]

Left Index Print

Right Index Print

ARREST COORDINATES:
-------------------
Latitude: 31.74911
Longitude: -106.48869

## CREDIBLE FEAR CLAIM

CONSEQUENCE DELIVERY SYSTEM:
----------------------------
[redacted]

Alien has been advised of communication privileges [redacted] 04/07/19 (Date/Initials)

[redacted] Border Patrol Agent [redacted]

(Signature and Title of Immigration Officer)

Distribution: [redacted]

Received: (Subject and Documents) (Report of Interview)

Officer: [redacted]

on: April 07, 2019 at 0046[redacted] (time)

Disposition: Expedited Removal with Credible Fear

Examining [redacted]

Form I-213 (Rev. 08/01/07) Y

**U.S. Department of Homeland Security** **Continuation Page for Form** I213

| Alien's Name | File Number | Date |
| --- | --- | --- |
| PEREZ-VELAZCO, MANUEL ANTONIO | A[redacted]059<br>Event No: [redacted] | 04/01/2019 |

FATHER NAME AND ADDRESS:
-----------------------
[redacted]

MOTHER NAME AND ADDRESS:
-----------------------
[redacted]

FUNDS IN POSSESSION:
--------------------
.00 [redacted]

RECORDS CHECKED:
----------------
[redacted]

NARRATIVE:
----------
IMMIGRATION HISTORY:
None.

[redacted] ALERTS:
None.

WANTS/WARRANTS:
None.

CRIMINAL HISTORY:
None.

IMMIGRATION STATUS:
Pursuant to section 235(b)(1) of the Immigration and Nationality Act, 8 U.S.C. 1225, the Department of Homeland Security has determined that you are inadmissible to the United States under section 212(a)(7)(A)(i)(I) of the Act, as amended, and therefore are subject to removal, in that: you are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the

| Signature | Title |
| --- | --- |
| [redacted] | Border Patrol Agent |

**U.S. Department of Homeland Security** **Continuation Page for Form** I213

| Alien's Name | File Number | Date |
|---|---|---|
| PEREZ-VELAZCO, MANUEL ANTONIO | A[redacted]059<br>Event No:[redacted] | 04/01/2019 |

Immigration and Nationality Act.

ENCOUNTER/ARREST:
See entry information below.

ENTRY:
On April 1, 2019, at approximately 1:27 PM, PEREZ-Velazco, Manuel Antonio, the subject turned himself into immigration officials near the Port of Entry located at the Paso Del Norte, in El Paso Texas.

A cursory screening to identify health and safety issues was conducted on the subject on 04/04/2019. This screening was recorded on I-779 and reflects the subject is in good health.

CRIMINAL VIOLATION:
Subsequent to the subject's arrest, they were advised of their rights via government form I-214 (Warning as to Rights, Waiver, and Interview Log) by Border Patrol Agent [redacted] and witnessed by Border Patrol Agent [redacted] Form I-214 Warning as to Rights was read to the subject in the Spanish language and it was explained that these rights are pertinent to criminal prosecution. The subject signed these rights, and agreed to answer questions and give a statement without the presence of an attorney. The subject was asked questions related to their immigration status in the United States. The subject admitted to being a citizen and national of Cuba without the necessary legal documents to enter, pass through, or remain in the United States.

CONSULAR NOTIFICATION:
The subject was notified of the right to communicate with a consular officer from their native country as per Article 36(a)(b) of the Vienna Convention of Consular Relations. The subject acknowledged understanding the right. The subject did not wish to speak with a consular official. The subject claims, and appears, to be in good health.
The subject claimed fear of persecution or torture if returned to Cuba.

DISPOSITION:
The subject will be served with an Administrative Expedited Removal. The subject will be returned to their native country of Cuba.

PROPERTY:
The subject has property currently held at the Lordsburg Border Patrol Station. The subject's property will accompany the subject upon their removal to their native country.

| Signature | Title |
|---|---|
| [redacted] | Border Patrol Agent |