EXHIBIT E

DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: PEREZ-VELAZCO, MANUEL ANTONIO

A-File Number: [redacted]059

Date: 05/15/2019

Event ID: [redacted]

Subject ID: [redacted]

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

- [x] Detained by the Department of Homeland Security.
- [ ] Released (check all that apply):
  - [ ] Under bond in the amount of $ ________
  - [ ] On your own recognizance.
  - [ ] Under other conditions. [Additional document(s) will be provided.]

[redacted]

Name and Signature of Authorized Officer

05/15/2019 10:52 AM

Date and Time of Custody Determination

SDDO

Title

[redacted]

Office Location/Address

You may request a review of this custody determination by an immigration judge.

- [x] I acknowledge receipt of this notification, and
  - [x] I **do** request an immigration judge review of this custody determination.
  - [ ] I **do not** request an immigration judge review of this custody determination.

M Antonio

Signature of Alien

5/20/19

Date

The contents of this notice were read to PEREZ-VELAZCO, MANUEL ANTONIO (Name of Alien) in the SPANISH (Name of Language) language.

[redacted]

Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Deportation Officer

Title