EXHIBIT F

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
CHAPARRAL, NM

FILE: A[redacted]-059

IN THE MATTER OF:

PEREZ VELAZCO, MANUEL ANTONIO

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of respondent pursuant to 8 CFR 236.1(c), and full consideration having been given to the representations of the Department of Homeland Security and the respondent, it is hereby

____ ORDERED that the request for a change in custody status be denied.

✓ ORDERED that the request be granted and that respondent be:

____ released from custody on his own recognizance

✓ released from custody under bond of $ 10,000

✓ OTHER ATD @ DHS direction.

Copy of this decision has been served on the respondent and the Department of Homeland Security.

APPEAL: waived -- reserved By DHS. Due 10/11/19

OTERO -- WINN CORRECTIONAL CENTER

Date: Sep 11, 2019

LORELY FERNANDEZ
Immigration Judge

XS