[redacted]

EXHIBIT G

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**MIAMI IMMIGRATION COURT**

Respondent Name:
PEREZ VELAZCO, MANUEL ANTONIO

To:
Allen, Wilfredo Oscar
[redacted]

A-Number:
[redacted]059

Riders:
In Removal Proceedings
Initiated by the Department of Homeland Security

Date:
03/08/2024

**ORDER OF THE IMMIGRATION JUDGE**

**Order:**

The Motion to Terminate is DENIED because the Court finds that there is nothing in the record to indicate that DHS intended to extend a grant of parole when it released Respondent on a monetary bond. (See I-94 document). Therefore, Respondent is ineligible for adjustment of status under the Cuban Adjustment Act because Respondent has not satisfied his burden of demonstrating that he was paroled or admitted. See Matter of Cabrera-Fernandez, 28 I&N Dec. 747 (BIA 2023).

Immigration Judge: PRESSMAN, CHRISTIAN 03/08/2024

Appeal: Department of Homeland Security: ☐ waived ☐ reserved
Respondent: ☐ waived ☐ reserved

Appeal Due:

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service

To: [ ] Noncitizen | [ ] Noncitizen c/o custodial officer | [ M ] Noncitizen's atty/rep. | [ M ] DHS

Respondent Name : PEREZ VELAZCO, MANUEL ANTONIO | A-Number : [redacted]59

Riders:

Date: 03/13/2024 By: [redacted] Court Staff