**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-22026-BB**

**MANUEL A. PEREZ VELAZCO,**

*Plaintiff,*

v.

**MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security (DHS) *et al.*,**

*Defendants.*

**PLAINTIFF'S MOTION FOR SEVEN-DAY EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff, MANUEL A. PEREZ VELAZCO, by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Southern District of Florida Local Rule 7.1, respectfully moves for a seven-day extension of time to respond to Defendants' Motion for Judgment on the Pleadings, and states as follows:

1. Plaintiff's response to Defendants' Motion for Judgment on the Pleadings is currently due on September 1, 2026.
2. Good cause exists for a brief extension. Defendants' Motion raises multiple statutory and jurisdictional issues concerning the immigration detention-and-release provisions at issue in this action and the scope of judicial review. Plaintiff requires additional time to complete the legal research and

analysis necessary to adequately address those issues and prepare a complete response.

3. Plaintiff therefore respectfully requests a seven-day extension, through and including September 8, 2026, to file his response.

4. The requested extension is limited in duration, is sought in good faith and not for purposes of delay, and will not affect any dispositive-motion deadline or trial date.

5. Pursuant to Southern District of Florida Local Rule 7.1(a)(3), undersigned counsel conferred with counsel for Defendants regarding the requested extension. Counsel for Defendants advised that Defendants take no position on the requested relief.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and extend the deadline for Plaintiff to respond to Defendants' Motion for Judgment on the Pleadings through and including September 8, 2026.

**LOCAL RULE 7.1(a)(3) CERTIFICATION**

Undersigned counsel certifies that counsel conferred in writing with counsel for Defendants on August 28, 2026, regarding the relief requested herein, and counsel for Defendants advised that Defendants take no position on the requested extension.

Respectfully submitted,

Dated: August 28, 2026

*/s/Eduardo Soto, Esq.*
Eduardo Soto, Esq.
Florida Bar No. 0858609
Eduardo Soto & Associates, P.A.
999 Ponce de Leon Blvd., Suite 1040
Coral Gables, Florida 33134
Office: (305) 446-8686
Fax: (305) 529-0445
Email: federal@esotopa.com