**IN THE UNITED STATE DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 1:26-cv-22026-BB**

**MANUEL A. PEREZ VELAZCO,**

*Plaintiff,*

v.

**MARKWAYNE MULLIN, Secretary, U.S. Department of Homeland Security (DHS) *et al.*,**

*Defendants.*

**ORDER ON PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

THIS CAUSE is before the Court upon Plaintiff's Motion for Seven-Day Extension of Time to Respond to Defendants' Motion for Judgment on the Pleadings. Upon review of the Motion and the record, it is ORDERED AND ADJUDGED that Plaintiff's Motion is **GRANTED**.

Plaintiff shall file his response to Defendants' Motion for Judgment on the Pleadings on or before **September 8, 2026**.

DONE AND ORDERED in Chambers at Miami, Florida, this ____ day of __________, 2026.

______________________
BETH BLOOM
UNITED STATES DISTRICT JUDGE