**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-CV-22026-BB**

**MANUEL A. PEREZ VELAZCO,**

Plaintiff,

v.

**MARKWAYNE MULLIN, Secretary,**
**U.S. Department of Homeland Security (DHS),**
**et al.,**

Defendants.
_______________________________________________/

# NOTICE OF CHANGE OF ADDRESS

Pursuant to Local Rule 11.1(g) this notice is hereby provided that the correct address for the undersigned attorney is 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida.

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/ Lair A. Hall*
LAIR A. HALL
ASSISTANT U.S. ATTORNEY
United States Attorney's Office
Southern District of Florida
Florida Bar No. 125018
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394
Tel: (954) 660-5672
Email: Lair.Hall@usdoj.gov